UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ben Hawkins,

    Petitioner,

        v.                                      Case No. 1:10cv551

Warden Corrections Medical Center,        Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court upon Petitioner's Response to Respondent's Opposition to Motion for Extension of Time. (Doc. 34.) In the Response, Petitioner requests an extension of time to file his amended habeas petition and objections to the Magistrate Judge's R&R.

On October 24, 2011, the Magistrate Judge granted Petitioner's Motion to Amend or Correct his habeas petition. (Doc. 29.) In her R&R, the Magistrate Judge considered Petitioner's amended petition, and determined that the petition should be denied. For this reason, any request by Petitioner for an extension of time to file an amended petition is DENIED as MOOT. Petitioner has previously sought such an extension, and it was denied by the Magistrate Judge. (Doc. 33.)[1]

To date, Petitioner has not filed any objections to the Magistrate Judge's R&R. In his response, filed on November 30, 2011, Petitioner sought a ninety-day extension to file objections because he was housed at Franklin Medical Center and did not have access to

---

[1] The Magistrate Judge also denied Petitioner's Motion for Extension of Time to the extent that he was seeking leave to file a second amended petition.

certain materials.  However, the Court has been informed that Petitioner does have access to legal research via requests to the law librarian.  (Doc. 35.)  Therefore, Petitioner's request for an extension of time to file objections to the Magistrate Judge's R&R is GRANTED.  Petitioner shall file any objections **fourteen (14) days** from entry of this Order.

**IT IS SO ORDERED.**

s/Michael R. Barrett
Michael R. Barrett, Judge
United States District Court